# First District Court of Appeal
## State of Florida

_____

No. 1D2023-1277
_____

Christopher Michael
Regnier,

   Appellant,

   v.

State of Florida,

   Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.

June 6, 2024

Per Curiam.

   Affirmed.

Lewis, M.K. Thomas, and Nordby, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Amanda Uwaibi, Assistant Attorney General, Tallahassee, for Appellee.